IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-MJ-0270-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
|     Plaintiff-Appellee | ) | |
| | ) | |
|       v. | ) | ORDER |
| | ) | |
| JEREMY J. HORTON, | ) | |
| | ) | |
|     Defendant-Appellant. | ) | |

THIS MATTER having come before the Court upon Joint Motion to Continue Evidentiary Hearing and Request for Scheduling Order in the above-captioned case, and this Court finding good cause for granting the relief requested;

Joint Motion is ALLOWED and it is therefore ORDERED that the Court must file the Sentencing Transcript by September 7, 2018; that the Defendant-Appellant serve and file a memorandum of reversible errors not later than September 28, 2018; the Plaintiff-Appellee be given up to and including October 19, 2018 to serve and file a response memorandum; and that Defendant-Appellant's reply brief be submitted not later than October 27, 2018 pursuant to Criminal Local Rule 58.1(b). The evidentiary hearing is reset for November 20, 2018 at 9:30 a.m.

    So ORDERED. This 16th day of August, 2018.

                                                _____
                                                HONORABLE LOUISE WOOD FLANAGAN
                                                UNITED STATES DISTRICT JUDGE